# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Catherine D. Martin,<br>*Plaintiff*<br>v.<br>Andrew Saul,<br>Acting Commissioner of Social Security Administration<br>*Defendant* | )<br>)<br>)  Civil Action No.  9:18-cv-03172-JMC<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Court adopts the Report and Recommendation.  The Commissioner's decision is hereby affirmed.


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   March 23, 2020                                        *CLERK OF COURT*


                                                              _____s/H.Adaway_____
                                                              *Signature of Clerk or Deputy Clerk*